UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

|  |  |
|---|---|
| ELECTRONIC ARTS INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ENERGY ARMOR INC., a Florida corporation,<br><br>Defendant. | No. C 11-04184 JSW<br><br>[PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE |

A motion to enlarge time in accordance with Civil Local Rule 6-3 has been brought before the Court.

Good cause appearing, it is hereby ordered that:

(1) the case management conference presently scheduled to take place on December 9, 2011, at 1:30 p.m., in Courtroom 11, 19th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California, is **VACATED**;

(2) a case management conference is hereby scheduled to take place on **Friday, January 6, 2012, at 1:30 p.m**., in Courtroom 11, 19th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California;

(3) the parties shall file a joint case management conference no later than FIVE (5) Court days prior to said hearing; and

/ / /

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, California 89169

(4)  if the matter should settle before that date, that the appropriate dismissal papers be filed within 48 hours of settlement.

**SO ORDERED**

**December 5, 2011**　　　　　　　　　　　_____
**Honorable Jeffrey S. White**
**United States District Court Judge**