# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ELECTRONIC ARTS INC., a Delaware corporation,<br><br>  Plaintiff,<br><br>v.<br><br>ENERGY ARMOR INC., a Florida corporation,<br><br>  Defendant. | No. C 11-04184 JSW<br><br>**[PROPOSED]** **ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE** |

A motion to enlarge time in accordance with Civil Local Rule 6-3 has been brought before the Court.

Good cause appearing, it is hereby ordered that:

(1) the case management conference presently scheduled to take place on December 9, 2011, at 1:30 p.m., in Courtroom 11, 19th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California, is **VACATED**;

(2) a case management conference is hereby scheduled to take place on **Friday, January 6, 2012, at 1:30 p.m**., in Courtroom 11, 19th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California;

(3) the parties shall file a joint case management conference no later than FIVE (5) Court days prior to said hearing; and

/ / /

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, California 89169

1  (4) if the matter should settle before that date, that the appropriate dismissal papers be
2  filed within 48 hours of settlement.

**SO ORDERED**

**December 5, 2011**                    _____
                                         **Honorable Jeffrey S. White**
                                         **United States District Court Judge**

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, California  89169

-2-
**[PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE**

596440.1